PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 11 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lori Renee Cargill          Case Number: 0980 2:12CR06061-WFN-2

Name of Sentencing Judicial Officer:  Honorable Wm. Fremming Nielsen, Senior United Stated District Judge

Date of Original Sentence: November 25, 2013          Type of Supervision: Supervised Release

Original Offense: Conspiracy and Aiding and          Date Supervision Commenced: November 25, 2014
Abetting, 18 U.S.C. §§ 371 & 2

Original Sentence: Prison - 18 Months;          Date Supervision Expires: November 24, 2017
          TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22    You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court.  You shall allow reciprocal release of information between the supervising officer and treatment provider.  You shall contribute to the cost of treatment according to your ability to pay.

23    You shall take medications for the treatment of anxiety and depression as prescribed by the licensed mental health treatment provider.

## CAUSE

Lori Cargill came into the United States Probation Office on June 9, 2015, and admitted she used methamphetamine on June 7, 2015.  She did provide a urinalysis test this date which was negative.  She  indicated she has been having difficulty with her ex mother-in-law who is currently caring for her son, which has caused her a significant amount of stress.  She has previously taken medication for depression and anxiety.  It appears that Ms. Cargill would benefit the most from participating in mental health counseling.

Prob 12B
**Re: Cargill, Lori Renee**
**June 10, 2015**
**Page 2**

Respectfully submitted,

by      s/Anne L. Sauther
_____

Anne L. Sauther
U.S. Probation Officer
Date:  June 10, 2015

THE COURT ORDERS

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]     Other

_____
Signature of Judicial Officer

6/11/15
_____
Date