PROB 12C
(7/93)

Report Date: May 20, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 23 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lori Renee Cargill                Case Number: 0980 2:12CR06061-WFN-2

Address of Offender: ███ ███████, Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 25, 2013

| | |
|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting, 18 U.S.C. §§ 371 and 2 |

| | | |
|---|---|---|
| Original Sentence: | Prison 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: November 25, 2014 |
| Defense Attorney: | Kenneth D. Therrien | Date Supervision Expires: November 24, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Lori Cargill violated the terms of her supervised release on or about April 24, 2016, by consuming alcohol. |
| 2 | **Special Condition # 22**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider.  You shall contribute to the cost of treatment according to your ability to pay.<br><br>**Supporting Evidence**: Lori Cargill violated the terms of her supervised release in February, March and April 2016, by failing to attend mental health sessions. |

Prob12C
**Re: Cargill, Lori Renee**
May 20, 2016
Page 2

3   **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Lori Cargill violated the terms of her supervised release on or about May 10, 2016, by failing to appear for a random urinalysis test.

4   **Mandatory Condition**: If this judgement imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgement.

While on supervised release, monetary penalties are payable on a monthly basis of not less that $50.00 per month or 10% of the defendant's net household income, whichever is larger, commencing 30 days after the defendant is released from imprisonment.

**Supporting Evidence:** Lori Cargill violated the terms of her supervised release in December 2015, February and March 2016, for failing to make payments towards her restitution.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 20, 2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/23/16
Date